FILED

MAY 22 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MICHAEL HEIT,

    Plaintiff-Appellant,

v.

AEROTEK, INC.,

    Defendant-Appellee.

No. 16-35981

D.C. No. 2:15-cv-01805-JCC
Western District of Washington,
Seattle

ORDER

The Court finds this case suitable for decision without oral argument. This case shall be submitted on the briefs and record, without oral argument as of June 12, 2018, in Seattle, Washington. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7